## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JOE CALLAN, Individually and on Behalf of all Other Similarly Situated, | No.  C11-1340Z |
| Plaintiff, | |
| v. | |
| MOTRICITY, INC., et al., | |
| Defendants. | |
| _____ | |
| MARK COUCH, Individually and on Behalf of All Others Similarly Situated, | No. C11-1678Z |
| Plaintiff, | |
| v. | ORDER |
| MOTRICITY, INC., et al., | |
| Defendants. | |

Mosco/Hardy Group's unopposed Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel, docket no. 19, is hereby GRANTED.

Pursuant to Fed. R. Civ. P. 42(a), Couch v. Motricity, C11-1678-TSZ, is hereby CONSOLIDATED with Callan v. Motricity, C11-1340-TSZ.  All further pleadings filed in these

ORDER   -1-

consolidated cases shall be captioned as follows: <u>Callan v. Motricity</u>, C11-1340-TSZ.  Civil Action No. C11-1678-TSZ shall be closed, and the Clerk shall terminate all pending motions.

Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby APPOINTS Cliff Mosco and Rich Hardy as Lead Plaintiff.

Messrs. Mosco and Hardy's selection of counsel is approved.  Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the law firm of Robbins Geller Rudman & Dowd LLP is hereby APPOINTED Lead Counsel for the class.  Hagens Berman Sobol Shapiro LLP is hereby APPOINTED as liaison counsel.

The following motions to consolidate cases, appoint lead plaintiff, and approve selection of lead and liaison counsel, made in case number C11-1340TSZ, are hereby STRICKEN AS MOOT.

(A)     Wayne Browning and Nada Haralovich, docket no. 12;

(B)      Lyons Family, docket no. 14;

(C)     Motricity Securities Investors Group, docket no. 16;

(D)     Lobel Family, docket no. 18; and

(E)     Slattery Group, docket no. 21.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

DATED this 7th day of November, 2011.

Thomas S. Zilly
United States District Judge

ORDER   -2-